[No. 51571-3-I.   Division One.   November 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY WASHINGTON MOWATT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-03142-1, Richard A. Jones, J., entered November 25, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51905-1-I.   Division One.   November 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. NAZARIO SANTIAGO-PEREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 02-1-00571-2, Susan K. Cook, J., entered February 20, 2003. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 52489-5-I.   Division One.   November 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH LAMAR PAGE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-04179-0, Michael S. Spearman, J., entered May 19, 2003. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Schindler, JJ.

[No. 53677-0-I.   Division One.   November 21, 2005.]

MELVIN RUBIN, *Appellant*, v. JUANITA SHORES CONDOMINIUM OWNER'S ASSOCIATION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-20972-6, Gregory P. Canova, J., entered August 20, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Cook, J. Pro Tem.; Kennedy, J., indicated her concurrence prior to her death on September 16, 2005.